# CIVIL CAUSE FOR INITIAL CONFERENCE

## BEFORE: JUDGE FEUERSTEIN

FILED
IN CLERK'S OFFICE
US DISTRICT COURT EDNY

★ JUN 21 2012 ★

LONG ISLAND OFFICE

**DATE**: June 21, 2012        **TIME**: 15 MINUTES

**CASE NUMBER**:    2:12-cv-00573-SJF-ARL

**CASE TITLE**:    DeMarco v. Ben Krupinski, General Contractor, Inc. et al

**PLTFFS ATTY**:   **Constantino Fragale**
    X present        ___ not present

    ___ present        ___ not present

    ___ present        ___ not present

**DEFTS ATTY**:    **Michael McClellan**
    X present        ___ not present

    ___ present        ___ not present

**COURT REPORTER:**

**COURTROOM DEPUTY**: Bryan Morabito

X    CASE CALLED.

__    ARGUMENT HEARD / CONT'D TO_____.

__    ORDER ENTERED ON THE RECORD.

**OTHER:** A further status conference is rescheduled before Judge Feuerstein on 9/19/2012 at 11:15 am.