# CIVIL CAUSE FOR STATUS CONFERENCE

FILED
IN CLERK'S OFFICE
US DISTRICT COURT E D N Y

★ SEP 19 2012 ★

LONG ISLAND OFFICE

## BEFORE: JUDGE FEUERSTEIN

**DATE:** September 19, 2012   **TIME:** 15 MINUTES

**CASE NUMBER:** 2:12-cv-00573-SJF-ARL

**CASE TITLE:** DeMarco v. Ben Krupinski, General Contractor, Inc. et al

**PLTFFS ATTY:** **Constantino Fragale**
X present  ___ not present

___ present  ___ not present

___ present  ___ not present

**DEFTS ATTY:** **Michael McClellan**
X present  ___ not present

___ present  ___ not present

**COURT REPORTER:**

**COURTROOM DEPUTY:** Bryan Morabito

X   CASE CALLED.

___   ARGUMENT HEARD / CONT'D TO _____.

___   ORDER ENTERED ON THE RECORD.

**OTHER:** A further status conference is rescheduled before Judge Feuerstein on 10/30/2012 at 11:15 am.